**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**FILED**
**CLERK**

9:20 am, Feb 08, 2022

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

| | |
|---|---|
| CHARISE HARDY, <br><br>           Plaintiff, <br><br> v. <br><br> C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC., <br><br>           Defendants. | Case No. 1:21-cv-02211-GRB-JMW <br><br> **NOTICE OF DISMISSAL** <br> **WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Parties,

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed *without*

*prejudice* against all Defendants, with each party to bear its own costs.

Dated: February 4, 2022

MARTIN BAUGHMAN, PLLC

By:_____
    Laura V. Baughman
3141 Hood Street, Suite 600
Dallas, Texas 75219
(214) 761-6614
lbaughman@martinbaughman.com

*Attorneys for Plaintiff*
*Charise Hardy*

GREENBERG TRAURIG, LLP

By:_____
    Jason A. Scurti
One Vanderbilt Avenue
New York, NY 10017
(212) 801-9200
scurtij@gtlaw.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

*Dated: 2/8/2022*
*So Ordered. The Clerk of the Court is directed to close this case.*
/s/ Gary R. Brown
*GARY R. BROWN, U.S.D.J.*